Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 0208 1:09CR00886

Miguel Torres

On September 23, 2015, the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Miguel Torres be discharged from Supervised Release.

Respectfully submitted,

by _____
Elizabeth Cuprill
Supervisory U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-5-20

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 5th day of March, 20 20.

_____
Honorable Andrew L Carter
U.S. District Judge